# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID LETHE, JAKE VINSON, VOIP CITADEL, LLC, RICHARD ACKERMAN,<br>*Plaintiffs*<br><br>-vs-<br><br>RACKSPACE TECHNOLOGY, INC.,<br>*Defendant* | § § § § § § § § § § | SA-22-CV-01378-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiffs David Lethe, Jake Vinson, VoIP Citadel, LLC, and Richard Ackerman shall take nothing by their claims against Defendant Rackspace Technology, Inc., and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 18th day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE